## Mercado *v.* Pabón.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 10.—Resuelto en Octubre 11, 1904.

Divorcio—Abandono.—El abandono que como causa de divorcio reconoce el artículo 164 del Código Civil, consiste en la voluntad firme y decidida, demostrada por uno de los cónyuges, de separarse del otro cónyuge y romper para siempre el vínculo matrimonial existente entre ambos.

### EXPOSICIÓN DEL CASO.

Vistos estos autos promovidos en la Corte del Distrito de Mayagüez entre partes de una, como demandante, Eduvigis Mercado Cancel, Industrial, vecino de Lajas, casado, dirigido y representado en esta Superioridad por el abogado Don Sandalio Torres Monge, y de la otra el Fiscal y Maria Monserrate Pabón y Vargas, como demandada, vecina del mismo pueblo, y que no ha comparecido, y por tanto evacuó la instrucción en los Estrados; sobre divorcio, autos pendientes ante Nos en virtud de apelación interpuesta por Mercado contra la sentencia pronunciada, que copiada á la letra dice así:

Sentencia.—En la ciudad de Mayagüez á veinte y cinco de Enero de mil novecientos cuatro. Visto en juicio oral y público este pleito civil, seguido entre partes de la una como demandante Eduvigis Mercado Cancel, industrial, vecino de Lajas, representado por el abogado Don Rodulfo Ramirez Vigo, y de la otra, como demandada, Maria Monserrate Pabón y Vargas, de atenciones domésticas, también del domicilio de Lajas, representada por el abogado Don Juan Quintero, sobre divorcio.

1. *Resultando*: que Eduvigis Mercado y Cancel, contrajo matrimonio católico, con Maria Monserrate Pabón y Vargas, el treinta de Setiembre de mil novecientos uno, en el pueblo de Lajas, transcribiéndose en el Registro Civil, viviendo, ambos consortes en la casa de José del Carmen Mercado.

2. *Resultando*: que Eduvigis Mercado dedujo demanda contra su

esposa para que se declarase con lugar y roto el vínculo matrimonial
con separación de bienes de todas clases, é imposición de costas á Mon-
serrate Pabón, y al efecto alegó: que el 25 de Enero de 1902 Maria
Monserrate Pabón abandonó el hogar, marchándose á casa de su madre,
á consecuencia de un disgusto que se suscitó entre ambos, y más tarde,
dedujo demanda la misma ante el Juzgado Municipal de Lajas, que
no tuvo resultado alguno, habiendo pretendido varias veces unirse á
su esposa, pero sin querer someterse á vivir modestamente, ya que no
le es posible sufragar lujosos gastos, siendo un hecho cierto que desde
que abandonó Maria Monserrate la casa, no se han cruzado entre am-
bos palabras de ningún género, subsistiendo la indiferencia propia del
disgusto tenido la noche del 25 de Enero, y las consecuencias del mis-
mo por virtud del abandono, teniendo una hija que no cuenta dos
años de edad; y alegó como puntos de derecho, que el abandono es
causa del divorcio, con citas de los artículos 165 y 173 del Código Civil,
y Orden General número 118, serie de 1899.

3. *Resultando*: que Maria Monserrate Pabón se opuso á la de-
manda y pidió que se declarase sin lugar con costas al deman-
dante, y expuso como hechos, que cansado Don Eduvigis Mercado
de su esposa, próxima á dar á luz, procuró el veinte y cinco de
Enero de 1902, atormentarla y maltratarla, lo que no pudo hacer por
haber intervenido la familia de Gregorio Mercado; que ella tuvo que
huir aquella noche y se refugió en la casa del Alcalde de Barrio, quien
la llevó á la casa de su madre, habiendo empleado todos los medios que
han estado á su alcance para que su marido la lleve á su casa, y que
tan no era cierto que hubiera abandonado la casa de su esposo, como
que pidió ante el Juez Municipal de Lajas, en 1 de Mayo de 1902, que
su marido se la llevase á vivir á su casa y la socorriese y protegiese,
no habiendo concurrido al llamamiento del Juez, con lo cual parece
indicar deseos de solicitar el divorcio por abandono y citó leyes dero-
gadas, el artículo 165 del Código Civil.

4.—*Resultando*: que señalado día para una comparecencia propu-
sieron las partes la prueba que tuvieron por conveniente.

5. *Resultando*: que se practicó toda la prueba durante las sesiones
del juicio oral.

Vistos, siendo Juez para la redacción de esta sentencia Mr. James
A. Erwin.

*Considerando*: que no hay prueba cual lo exige el artículo 164,
número 5, del Código Civil, para demostrar el abandono alegado por
la parte actora, puesto que los testigos difieren esencialmente en sus

declaraciones, sobre todo al fijar la causa del disgusto de 25 de Enero de 1902.

2.—*Considerando*: que después de esa fecha solo se ha acreditado que la mujer Maria Monserrate Pabón ha vivido en casa de su familia y que ha reclamado alimentos á su marido.

*Considerando:* que la causa del divorcio por abandono reconoce otros motivos que no han sido objeto de alegación por la parte actora.

*Fallamos*: que debemos declarar y declaramos sin lugar esta demanda, con las costas á la parte demandante. Asi por esta sentencia lo pronunciamos, mandamos y firmamos. Arturo Aponte, J. A. Erwin, Enrique González Darder.''

*Resultando*: que contra la anterior sentencia interpuso Eduvigis Mercado y Cancel recurso de apelación, y elevados los autos á esta Corte Suprema, prévia citación y emplazamiento de las partes, se personó la apelante, quien evacuó el trámite de instrucción en el período oportuno, evacuándolo en los Estrados la parte apelada.

*Resultando*: que el Fiscal, al cumplir con igual trámite, impugnó el recurso por las razones alegadas en su escrito.

*Resultando*: que en el día de la vista, tanto el Fiscal, como el abogado del apelante alegaron *in voce* lo que estimaron conducente á su derecho.

Abogado del apelante: *Sr. Torres Monge.*

Abogado del Pueblo: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. FIGUERAS, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal.

Aceptando los fundamentos de hecho y de derecho de la sentencia apelada y,

*Considerando*: que del estudio de las pruebas que á instancias de ambas partes se han practicado no se ha demostrado que la mujer abandonase á su esposo, con voluntad decidida y firme de separarse y romper para siempre el vínculo matrimonial, y por el contrario, después del disgusto que tuvieron en la noche del 25 de Enero de 1902, practicó la esposa gestión judicial para que su marido la acogiese en su hogar, á cuyo

acto de conciliación no asistió éste, revelando así su propósito contrario á los deseos de aquélla.

*Considerando*: que las costas deben imponerse al apelante.

Visto el número 5 del Artículo 164 del Código Civil.

*Fallamos*: que confirmando la sentencia que dictó la Corte de Mayagüez en veinticinco de Enero último, debemos declarar y declaramos sin lugar la demanda de divorcio 'inter· puesta por Don Eduvigis Mercado y Cancel, con las costas de este recurso á su cargo.

Jueces concurrentes: Sres. Presidente, Quiñones y Asociado, Wolf.

Los Jueces Asociados Sres .Hernández y MacLeary no formaron Tribunal en la vista de este caso.